IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MIKOLAJ KAMINSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-02086 |
| | ) |
| MENARD, INC., a Foreign | ) |
| Corporation, (d/b/a Menards), | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

THE DEFENDANT, MENARD, INC., a Foreign Corporation (d/b/a Menards), by and through its attorneys, QUINN JOHNSTON, pursuant to 28 U.S.C. §1441 *et. seq.*, hereby petitions to remove this action from the Circuit Court of the Seventh Judicial Circuit, Champaign County, Illinois, to the United States District Court for the Central District of Illinois, Urbana Division. In support, Defendant states:

1. On or about March 14, 2022, Plaintiff, MIKOLAJ KAMINSKI, filed a Complaint against Defendant, MENARD, INC., in Champaign County, Illinois.

2. Defendant was served on March 23, 2022. Copies of the Summons and Complaint served upon Defendant are attached as Exhibit A.

3. Upon information and belief, Plaintiff is a resident and citizen of the State of Illinois.

4. Defendant is a Wisconsin corporation with its principal place of business in Wisconsin.

5. The claim alleged in Plaintiff's Complaint arises out of an occurrence in Champaign, Champaign County, Illinois.

6. Plaintiff seeks judgment in excess of the jurisdictional limit of $50,000.00. (Exhibit A).

7. Based on the nature of Plaintiff's complained of injuries, and the language of her Complaint, it appears that Plaintiff seeks damages an amount in excess of the jurisdictional requirement of $75,000.00. (Exhibit A).

8. This Court has original jurisdiction of the matters alleged in Plaintiff's Complaint pursuant to 28 U.S.C. § 1332. The matter is subject to removal by Defendant pursuant to 28 U.S.C. § 1441.

9. Defendant's Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of service of Summons.

10. Pursuant to 28 U.S.C. § 1446(d), Defendant is giving written notice of the filing of this Petition for Removal with the Clerk of the Circuit Court of Champaign County, Illinois, thereby effecting removal to this Court.

WHEREFORE, the Defendant, MENARD, INC., prays that the above action now pending against it in the Circuit Court of Champaign County, Illinois, be removed therefrom to this Court.

MENARD, INC., a Foreign Corporation, (d/b/a Menards), Defendant

*/s/James A. Borland*
James A. Borland (Illinois Bar No. 6206595)
QUINN JOHNSTON
400 South Ninth Street, Suite 102
Springfield, IL 6201
Telephone:   (217) 753-1133
Facsimile:    (217) 753-1180
Email:          jborland@quinnjohnston.com

## CERTIFICATE OF SERVICE

  I hereby certify that on **April 19, 2022**, I electronically filed a **Notice of Removal** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Alison D. Kimble
Spiros Law, P.C.
2807 N. Vermillion, Suite 3
Danville, IL 61832

        */s/James A. Borland*
        James A. Borland (Illinois Bar No. 6206595)
        QUINN JOHNSTON
        400 South Ninth Street, Suite 102
        Springfield, IL 6201
        Telephone: (217) 753-1133
        Facsimile: (217) 753-1180
        Email: jborland@quinnjohnston.com